

Henry M. Greenberg
Telephone: (518) 689-1492
Fax: (518) 689-1499
greenbergh@gtlaw.com

November 16, 2023

**VIA ECF**

The Hon. Katherine Polk Failla
United States District Court Judge
United States Courthouse
40 Foley Square, Room 618
New York, New York 10007



Re:   *Joseph Ferrari et al. v. Andrew Cuomo, et al.*, 23-CV-7715

Dear Judge Polk Failla:

We represent Defendant Sally Dreslin in the above-referenced action. On consent of all parties, we respectfully seek an adjournment of the initial pretrial conference in this matter, currently scheduled for November 21, 2023. at 10:30 a.m. No prior extensions have been sought in this case.

By way of explanation, the undersigned just last week executed a waiver of service of the Complaint on Defendant Dreslin and her current deadline to answer or move to dismiss is January 8, 2024. *See* Dkt. No. 13. As such, our timeline to answer or move is not in alignment with the other defendants. Given the number of parties and claims in this matter, and in an effort to conserve judicial resources, we respectfully request that an adjournment be granted of the initial pretrial conference to allow all parties to coordinate their schedules.

We thank the Court for its consideration of this request.

Respectfully submitted,

GREENBERG TRAURIG LLP

Henry M. Greenberg

HMG/mtj

cc: All Counsel of Record **VIA ECF**

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
54 State Street, 6th Floor, Albany, New York 12207 ■ Tel: (518) 689-1400 ■ Fax (518) 689-1499

Application GRANTED.  The initial pretrial conference scheduled for November 21, 2023, is hereby ADJOURNED to **January 18, 2024.**  The dial-in information for the conference remains the same and is as follows:  At the scheduled date and time, the parties are to call (888) 363-4749 and enter access code 5123533.

The Court trusts that an adjournment of this duration will provide the parties with ample time to align their schedules regarding anticipated next steps in this matter, and that no further adjournments of this deadline will be needed.

The Clerk of Court is directed to terminate the pending motion at docket number 16.

Dated:    November 17, 2023          SO ORDERED.
          New York, New York

                                     *Katherine Polk Failla*

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE