**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSEPH FERRARI, as Administrator of the Estate of CHRISTINE FERRARI; LEOVA JENKINS, as Administrator of the Estate of ELOISE BROOKS; IRASEMA RIVERA, as Administrator of the Estate of PAUL RIVERA; JOSE MONGE, as Administrator of the estate of BLANCA NIEVES; STACIE DRUCKMAN, as Administrator of the Estate of ARTHUR DRUCKMAN; DELORIS PEOPLES, as Proposed Administrator of the Estate of ALEX PEOPLES; SANDRA THOMAS-WATSON, as Administrator of the Estate of BELINDA THOMAS; and PATRICIA BIONDI, as Executor of the Estate of MICHAEL BIONDI, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-against-                                23 **CIVIL** 7715 (KPF)

                                             **<u>JUDGMENT</u>**

ANDREW M. CUOMO, HOWARD A. ZUCKER, M.D., MELISSA DEROSA, JOHN DOES and JANE DOES 1-30,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2025, the Court hereby GRANTS Defendants' motions to dismiss the Amended Complaint. The Court's sympathy for Plaintiffs and their loved ones simply cannot supplant governing law. The Court dismisses Count I with prejudice, and Counts II through VI without prejudice. Accordingly, the case is closed.

**Dated:**  New York, New York

       March 31, 2025

|  | **TAMMI M HELLWIG** |
|---|---|
|  | **Clerk of Court** |
| **BY:** | *[signature]* |
|  | **Deputy Clerk** |